# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BENJAMIN F. LINDSEY,** Petitioner, v. **UNITED STATES OF AMERICA,** Respondent. | CASE NO. 7:00-CR-12 28 U.S.C. § 2255 CASE NO. 7:08-CV-90032 |

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 561), entered on March 19, 2010. The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 462) be denied, and that any outstanding motions filed by Petitioner be denied as moot.

Petitioner has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636. The Court has reviewed the objection, and has made a *de novo* review of the portions of the Recommendation to which objection has been made. The Court finds the objection to be without merit.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 561). Petitioner's Motion to Vacate (Doc. 462) is denied. Petitioner's Motion to Unseal Document (Doc. 521) and Motion to Unseal Transcripts (Doc. 552) are all denied. Further, Petitioner's Motion for

Reconsideration for Leave to Supplement Pending Motion to Vacate (Doc. 582), which was filed almost four months after the Recommendation was entered and ten months after the Magistrate Judge disallowed Petitioner's attempt to amend his petition without leave of court, is also denied. The Clerk of Court is instructed to close this case.

**SO ORDERED**, this the 30th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh/wef